B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13−39047**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Santiago De Avila Sr. | Susana De Avila |
| fdba Susana's Grocery Store and | 543 N Elle Street |
| Carryout Restaurant Corp | Romeoville, IL 60446 |
| 543 N Elle Street | |
| Romeoville, IL 60446 | |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−2861                                      xxx−xx−8922

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: January 21, 2014         Kenneth S. Gardner, Clerk
                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-39047-BWB
Santiago De Avila, Sr.                                          Chapter 7
Susana De Avila
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: admin              Page 1 of 2            Date Rcvd: Jan 21, 2014
                             Form ID: b18             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2014.
```
db/jdb         Santiago De Avila, Sr.,    Susana De Avila,    543 N Elle Street,    Romeoville, IL 60446
21068273      +ADT SECURITY SERVICES,    PO BOX 371956,    PITTSBURGH, PA 15250-7956
21068279      +HEARTLAND CARDIOVASCULAR CENTER LLC,    301 N MADISON ST SUITE 273,    JOLIET, IL 60435-8152
21068280      +HINSDALE ORTHOPAEDICS,    PO. BOX 914,    LA GRANGE, IL 60525-0914
21068282       John F Kennedy Middle School,    2350 S Essington Rd,    Plainfield, IL 60585
21068283      +Martin & Karcazes,    161 N Clark Street, #550,    Chicago, IL 60601-3376
21068284      +Metrobank,    3322 S Oak Park Ave,    Berwyn, IL 60402-3407
21068285      +NICOR GAS,    PO BOX 5407,    CAROL STREAM, IL 60197-5407
21068286      +NORTHEAST NEPHROLOGY CONSULT LTD,    10660 WEST 143RD ST SUITE B,    ORLAND PARK, IL 60462-1989
21068287      +SAMS CLUB,    1 WESTERN MARYLAND PARKWAY,    HAGERSTOWN, MD 21740-5146
21068289      +TCF bank,    800 BURR RIDGE PARKWAY,    BURR RIDGE, IL 60527-6486
21068291      +USDA FOOD & NUTRITION SERVICES,    77 W JACKSON BLVD 20TH FL,    CHICAGO, IL 60604-3511
21068293      +WASTE MANAGEMENT,    2625 W GRANVIEW RD,    PHOENIX, AZ 85023-3109
21068295      +WHITE OAK LIBRARY-ROMEOVILLE,    201 NORMANTOWN RD,    ROMEOVILLE, IL 60446-1383
21068296      +WILL COUNTY LEVY PROPERTY TAX,    PO BOX 5000,    JOLIET, IL 60434-5000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJTAKADA.COM Jan 22 2014 00:58:00      Joji Takada,    Takada Law Office, LLC,
                6336 North Cicero Avenue,    Suite 201,    Chicago, IL 60646-4448
21068274      +EDI: ATTWIREBK.COM Jan 22 2014 00:58:00      AT&T,    PO BOX 5080,    CAROL STREAM, IL 60197-5080
21165511      +EDI: ATLASACQU.COM Jan 22 2014 00:58:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
                294 Union St.,    Hackensack, NJ 07601-4303
21068275      +E-mail/Text: customerservice@jolietcity.org Jan 22 2014 01:30:01      CITY OF JOLIET,
                150 W JEFFERSON ST,    JOLIET, IL 60432-4158
21068276      +E-mail/Text: legalcollections@comed.com Jan 22 2014 01:31:35      COMED,    PO BOX 6111,
                CAROL STREAM, IL 60197-6111
21068277       EDI: DIRECTV.COM Jan 22 2014 00:58:00      DIRECT TV,    PO BOX 9001069,    LOUISVILLE, KY 40290
21068278      +EDI: CCS.COM Jan 22 2014 00:58:00      FARMERS INSURANCE GROUP,    PO BOX 55126,
                BOSTON, MA 02205-5126
21068281       EDI: IRS.COM Jan 22 2014 00:58:00      Internal Revenue Service - 1/11,    PO Box 7346,
                Philadelphia, PA 19101-7346
21068290      +E-mail/Text: pauline.burt@timepaymentcorp.com Jan 22 2014 01:30:27      TIMEPAYMENT CORP,
                16 N EXECUTIVE PARK,    BURLINGTON, MA 01803-5217
21068292      +EDI: RMSC.COM Jan 22 2014 00:58:00      WALMART,    PO BOX 530927,    ATLANTA, GA 30353-0927
21068294      +EDI: WFFC.COM Jan 22 2014 00:58:00      Wells Fargo Dealer Services,    PO Box 25341,
                Santa Ana, CA 92799-5341
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21068288      ##+TCF Bank,    500 Joiet Rd,    Willowbrook, IL 60527-5627
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2014 at the address(es) listed below:
```
              David H Cutler    on behalf of Joint Debtor Susana  De Avila cutlerfilings@gmail.com
              David H Cutler    on behalf of Debtor Santiago  De Avila, Sr. cutlerfilings@gmail.com
              Holly L Carto    on behalf of Creditor    North Community Bank hcarto@llflegal.com
              Joji Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Jan 21, 2014
                              Form ID: b18             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5